

# INVOICE

Invoice # 7828
Date: 04/21/2025
Due On: 05/21/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Drew Wallace Lee

### 05554-Lee Drew Wallace

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KR | 12/09/2024 | Drafted and reviewed the invoice for attorney and expense fees; reviewed the total amount of hours and amounts for lodestar calculation; drafted lodestar calculation | 0.30 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Draft Fee Application and Proposed Order: Drafted Application for Compensation utilizing Lodestar Analysis and billing activities; drafted Notice, Affidavit, and Proposed Order. | 0.60 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Drafted email memo to TR re:review Application for Compensation, Exhibits A, C, Proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/09/2024 | Drafted email memo to VM re: affidavit for Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/11/2024 | Received email memo from VM with the signed and notarized affidavit | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/11/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, the Notice with the Declaration attached, the Exhibits and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | JAC | 12/18/2024 | Review: Proof of Claim 24-51486-KMS Jefferson Capital | 0.10 | $360.00 | $36.00 |

Invoice # 7828 - 04/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Systems LLC Document # 7 | | | |
| Service | JAC | 01/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: 24-51486-KMS Minute Entry (CHAP) Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51486-KMS Opportunity Financial, LLC Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/07/2025 | Review: 24-51486-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/07/2025 | Review: 24-51486-KMS Order on Application for Compensation Document# 18 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/06/2025 | Review: 24-51486-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/18/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/21/2025 | Reviewed court docket for the previous order and invoice filed; drafted 1st part of the Application | 0.20 | $155.00 | $31.00 |
| | | | | **Services Subtotal** | | **$283.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/11/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $44.46 | $44.46 |
| Expense | 04/21/2025 | Estimated Cost of Mailing Expense for 2nd Application (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$47.96** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.5 | $360.00 | $180.00 |
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.2 | $155.00 | $31.00 |

Invoice # 7828 - 04/21/2025

| | | | | |
|---|---|---|---|---|
| Kerri Rodabough | Non-Attorney | 1.4 | $0.00 | $0.00 |
| | | | **Subtotal** | **$330.96** |
| | | | **Total** | **$330.96** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7324 | 01/08/2025 | $2,395.31 | $0.00 | $2,395.31 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7828 | 05/21/2025 | $330.96 | $0.00 | $330.96 |
| | | | **Outstanding Balance** | **$2,726.27** |
| | | | **Total Amount Outstanding** | **$2,726.27** |

4/21/25, 2:40 PM                                                            Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `2`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `1`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

```
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  | 1 |
|---|---|
| Date and Time: | Mon Apr 21 2025 14:40:07 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 2 |
| Sheets Per Envelope | 1 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                      0.38 |
| Postage Cost: | $                                                      0.73 |
| Total Cost: | $                              **3.50 (Minimum Charge)** |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED