# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Drew Wallace Lee**  
Debtor(s)

Case No. **24-51486**  
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **January 26, 2026**

/s/ **Drew Wallace Lee**  
**Drew Wallace Lee**  
Signature of Debtor

```
DREW WALLACE LEE            HENLEY, LOTTERHOS & HE      SOUTHERN FINANCIAL SVC
23014 RICEVILLE RD.         PO BOX 389                  P.O. BOX 15203
SAUCIER, MS 39574           JACKSON, MS 39205-0389      HATTIESBURG, MS 39404

THOMAS C. ROLLINS, JR.      KEYSTONE BILLING            SPEEDY CASH
THE ROLLINS LAW FIRM, PLLC  15200 COMMUNITY RD          9240 HWY 49
P.O. BOX 13767              GULFPORT, MS 39503          GULFPORT, MS 39503
JACKSON, MS 39236

APPROVED CASH***            KIKOFF LENDING LLC          VERIZON WIRELESS
9700 RESEARCH DR            75 BROADWAY                 ATTN: BANKRUPTCY
CHARLOTTE, NC 28262         SAN FRANCISCO, CA 94111     500 TECHNOLOGY DR
                                                        STE 599
                                                        WELDON SPRINGS, MO 63304

BABERS                      LAW OFFICE OF MBA           WESTLAKE PORTFOLIO
530 J CENTRAL AVE           PO BOX 3498                 ATTN: BANKRUPTCY
WIGGINS, MS 39577           SHERMAN, TX 75091           PO BOX 76809
                                                        LOS ANGELES, CA 90054

CAPIO PARTNERS, LLC         OPPORTUNITY FINANCIAL
ATTN: BANKRUPTCY            130 EAST RANDOLPH ST
PO BOX 3498                 SUITE 3400
SHERMAN, TX 75091           CHICAGO, IL 60601

CREDENCE RESOURCE           POSSIBLE FINANCE
ATTN: BANKRUPTCY            2231 FIRST AVE STE B
PO BOX 2300                 SEATTLE, WA 98121
SOUTHGATE, MI 48195

CREDIT ACCEPTANCE           RAPID RENTALS
ATTN: BANKRUPTCY            102 US 11 N
25505 WEST 12 MILE RD       POPLARVILLE, MS 39470
STE 3000
SOUTHFIELD, MI 48034

CREDIT COLLECTION           RISE CREDIT
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
725 CANTON ST               PO BOX 101808
NORWOOD, MA 02062           FORT WORTH, TX 76185


FIRST PREMIER BANK          SINGING RIVER HOSPITAL
ATTN: BANKRUPTCY            15200 COMMUNITY RD
601 S MINNEAPOLIS AVE       GULFPORT, MS 39503
SIOUX FALLS, SD 57104
```